■ MANUFACTURERS AND TRADERS TRUST Co., Respondent, v LAUER's FURNITURE ACQUISITION, INC., et al., Defendants, and PITTSFORD FURNITURE, INC., et al., Appellants. (Appeal No. 3.) [642 NYS2d 850] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). (Appeal from Order of Supreme Court, Monroe County, Ark, J.— Reargument.) Present—Green, J. P., Pine, Fallon and Callahan, JJ.